UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| ANNETTE EMILY BOE, | Civil No. 3:19-CV-05038-JCC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision be REVERSED and REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings. On remand, the Appeals Council will instruct the Administrative Law Judge to obtain updated evidence from a medical expert, as may be necessary; further evaluate the opinion evidence, including, but not limited to, specifically addressing clinical signs relevant to chronic fatigue syndrome; offer Plaintiff the opportunity for a new hearing; and issue a new decision.

Upon proper presentation to this Court, Plaintiff will be entitled to reasonable attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Page 1      ORDER - [3:19-CV-05038-JCC]

DATED this 27th day of September, 2019.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Sarah Moum
SARAH MOUM
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2936
Fax: (206) 615-2531
sarah.moum@ssa.gov