UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNETTE E. BOE, | CASE NO. C19-5038-JCC |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's unopposed motion for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 17). Plaintiff prevailed on an appeal of an agency action and thus is entitled to an award of attorney fees and costs. (See Dkt. Nos. 15, 16.) Accordingly, the Court GRANTS Plaintiff's motion (Dkt. No. 17). Pursuant to 28 U.S.C. § 2412(a) and (d), the Court AWARDS attorney fees in the amount of $6,862.80.

Subject to any offset by the Department of Treasury as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check for attorney fees shall be made payable to Plaintiff's attorney, Tha Win. Regardless of any offset, the check shall be mailed to Tha Win at the following address: Tha Win, 606 Maynard Ave. South, Suite 201, Seattle, WA 98104.

//

//

1       DATED this 4th day of December 2019.

*signature*

John C. Coughenour
UNITED STATES DISTRICT JUDGE